UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DEREK CRAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>MACROGENICS, INC. and SCOTT KOENIG,<br><br>  Defendants. | Case No.: 8:24-cv-02184-ABA |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Ron Bassman, Jean-Louis Jorissen and Comed NV ("Plaintiffs"), through their undersigned counsel of record, hereby voluntarily dismiss the action, without prejudice, pursuant to Fed. R. Civ. P 41(a)(1) as follows:

WHEREAS defendants do not object, have not answered nor moved for summary judgment and no class certification motion has been filed;

WHEREAS Plaintiffs have not entered into any agreement with any defendant in connection with the voluntary dismissal;

WHEREAS neither Plaintiffs nor their counsel have received or will receive any consideration for dismissal;

WHEREAS under Federal Rule of Civil Procedure 41(a)(1), Plaintiffs are entitled to dismiss this action on their own initiative:

> Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . .

WHEREAS although this case alleges putative class claims, Federal Rule of Civil Procedure 23(e) is inapplicable to the instant dismissal as the dismissal does not involve the claims, issues or defenses of a certified class - or a class proposed to be certified for purposes of settlement;

WHEREAS no prejudice to absent putative class members will result from dismissal of the action because a class has not been certified, the dismissal will not affect their rights, and there is no imminent statute of limitations or repose deadline;

WHEREAS Federal Rule of Civil Procedure 23(e)(1)(B) is inapplicable as none of the absent putative class members would be bound by the instant dismissal; and

WHEREAS no notice need be sent to absent putative class members, because a class has not been certified, the case is in its infancy, and no absent putative class member will be bound by the voluntary dismissal of Plaintiffs' claims.

THEREFORE, Plaintiffs hereby dismiss the action without prejudice as to Plaintiffs' individual claims.

Dated: December 16, 2024

**LEVI & KORSINSKY, LLP**

*/s/ Jordan A. Cafritz*
Jordan A. Cafritz (Bar No. 20908)
1101 Vermont Ave. NW, Suite 700
Washington, D.C. 20005
Tel: (202) 524-4290
Email: jcafritz@zlk.com

Adam M. Apton (*pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Lead Plaintiff Ron Bassman*

Dated: December 16, 2024					HAGENS BERMAN SOBOL SHAPIRO LLP


							*/s/ Lucas E. Gilmore*
							Lucas E. Gilmore (*pro hac vice*)
							Reed R. Kathrein (*pro hac vice* forthcoming)
							715 Hearst Avenue, Suite 202
							Berkeley, CA 94710
							Telephone: (510) 725-3000
							Facsimile: (510) 725-3001
							reed@hbsslaw.com
							lucasg@hbsslaw.com

							Steve W. Berman (*pro hac vice* forthcoming)
							**HAGENS BERMAN SOBOL SHAPIRO LLP**
							1301 Second Avenue, Suite 2000
							Seattle, WA 98101
							Telephone: (206) 623-7292
							Facsimile: (206) 623-0594
							steve@hbsslaw.com

							*Counsel for Lead Plaintiffs Jean-Louis Jorissen and Comed NV*

							Wayne G. Travell (Bare No. 09182)
							**HIRSCHLER FLEISCHER, PC**
							1676 International Drive, Suite 1350
							Tysons, VA 22102
							Telephone: (703) 584-8903
							Facsimile: (703) 584-8901
							wtravell@hirschlerlaw.com

							*Liaison Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 16th day of December 2024.

                                                  */s/ Jordan A. Cafritz*
                                                 Jordan A. Cafritz