## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEREK CRAIN, individually and on behalf
of all others similarly situated,

    *Plaintiff,*

    v.

MACROGENICS, INC., *et al.*,

    *Defendants*

Civil Action No. 24-cv-2184-ABA

## ORDER

Upon review of the Notice of Voluntary Dismissal, ECF No. 31, the Court notes that Plaintiffs have voluntarily dismissed the case pursuant to Fed. R. Civ. P. 41(a)(1). The dismissal is WITHOUT PREJUDICE. The Clerk is DIRECTED to close the case.

Date:   December 19, 2024

                        */s/*
                        Adam B. Abelson
                        United States District Judge